Certificate Number: 03088-PAE-DE-037679226

Bankruptcy Case Number: 23-11040



03088-PAE-DE-037679226

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 15, 2023, at 12:19 o'clock PM CDT, Kristian A Schultz completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 15, 2023         By:   /s/Doug Tonne

                                Name: Doug Tonne

                                Title: Counselor